

Health Care

**EXHIBIT 1**
**(part 2 of 2)**

# Prescription Drug Benefits

You can buy prescription drugs at a low cost through any pharmacy that participates in the CVS/Caremark network or through a convenient mail-order program. The medical deductible and copay provisions do not apply to the prescription drug benefits.

## Your Prescription Drug Benefits at-a-Glance

| Prescription Drug Benefits | |
|---|---|
| *Retail prescription drugs purchased through a network pharmacy (34-day supply)* | • $5 copay for generic drugs.<br>• $18 copay for preferred drugs.<br>• $33 copay for brand-name and non-preferred drugs. |
| *Mail-order prescription drugs (90-day supply)* | • $10 copay for generic drugs.<br>• $36 copay for preferred drugs.<br>• $66 copay for brand-name and non-preferred drugs. |
| *Prescription drugs purchased at a nonparticipating pharmacy* | No coverage. |

*Prescription Drug Benefits and the Medical Plan*

The prescription drug benefit is separate from your medical benefit. So prescription drug copays do not apply to the medical plan deductible and out-of-pocket maximum. Nor do the medical benefit deductible and copay provisions apply to the prescription drug benefit.

## Using Your Prescription Drug Benefits

### Retail Pharmacies

The plan contracts with CVS/Caremark to fill prescriptions for you and your covered dependents. Before filling a prescription, ask the pharmacy if it is a member of the CVS/Caremark network. Prescriptions purchased at a nonparticipating pharmacy are *not* covered under this plan.

You must present your prescription drug identification card to receive benefits for drugs bought at a pharmacy. For your covered dependents' prescriptions, you will also need to provide a date of birth.

**Important Note!**

Always ask your pharmacy if it is a member of the CVS/Caremark network before filling a prescription. Prescriptions purchased at a nonparticipating pharmacy are *not* covered under this plan.

**Health Care**

When you purchase up to a 34-day supply of prescribed drugs and medications, the plan pays 100% after you pay a:

- $5 copay for generic drugs
- $18 copay for preferred drugs
- $33 copay for brand-name and non-preferred drugs

If you do not present your prescription drug identification card, you will be reimbursed for a drug, provided you:

- Pay the full price of the prescription at the time of purchase,
- Have your pharmacist fill out a claim form, and
- Submit the claim form to the prescription drug claims administrator for reimbursement.

However, your reimbursement may be less than if you had presented your card at the time of service. You will pay the copay *and any amounts above the network pharmacy discount* to the pharmacy.

### Mail-Order Prescriptions

If you take prescribed drugs on a long-term or continuing basis, you can obtain them by mail. When you purchase up to a 90-day supply of mail-order prescribed drugs and medications, the plan pays 100% after you pay a:

- $10 copay for generic drugs
- $36 copay for preferred drugs
- $66 copay for brand-name and non-preferred drugs

Your prescription will automatically be filled with a generic drug, unless your doctor has indicated otherwise on your prescription. New prescriptions generally take two to three days to process and fill. Refills take one to two days to process and fill. Shipping is free of charge, and takes 10-14 days for standard delivery. You can choose two-day or next-day shipping; however, it will still take one to three days for your order to be processed before it is shipped. If delivery is delayed for any reason, your order will not be reprocessed until 15 days from the original shipping date.

For further information, order forms and pre-addressed envelopes, contact CVS/Caremark at the number listed in the *Contact Information* section.

## Covered Expenses

Covered drugs include:

- Prescribed drugs that are lawfully obtainable only from a licensed dispenser of drugs under the written order of a physician or dentist licensed to prescribe
- Injectable insulin
- Prescribed syringes and hypodermic needles in quantities compatible with the number of doses of insulin prescribed (**Note:** You must fill the insulin order first for the syringes to be covered by the plan.)

Call CVS/Caremark at the number listed in the *Contact Information* section to determine whether or not a new drug is covered.



## Expenses Not Covered

The following are not covered under the plan:

- Contraceptive devices, regardless of the purpose for which they are prescribed (Oral contraceptives are covered, but skin implant contraceptives such as Norplant are not.)
- Fertility drugs
- Drugs or medications lawfully obtainable without a prescription, except insulin
- Therapeutic devices and appliances, support garments or other nonmedical items, regardless of their intended use
- Drugs labeled "Caution: Limited by federal law to investigational use" or experimental drugs, even though a charge is made to the individual
- Charges for the administration of prescription drugs or injectable insulin
- Drugs taken by or administered to an individual in whole or in part while an inpatient in a hospital or other health care facility licensed for dispensing pharmaceuticals
- A quantity in excess of the number specified by the prescriber for a 34-day supply (90-day for mail-order)
- Any refill dispensed more than one year after the date of the prescription
- Prescription drugs that may be properly received without charge under local, state or federal programs, including Workers' Compensation
- Renova (Tretinoin)
- Lifestyle drugs such as drugs treating weight loss (except in the case of morbid obesity) and hair loss. Drugs prescribed for erectile dysfunction (ED) in excess of six doses per month
- Prescriptions purchased at a nonparticipating pharmacy
- Expenses for drugs obtained through another medical or prescription drug plan (no coordination of benefits)
- Claims filed more than one year after the date the expense was incurred

## Filing a Claim

If you do not have your prescription drug card when you make a retail purchase, you must pay for the prescription when purchased and have the pharmacist fill out a CVS/Caremark claim form. You must then submit your claim to:

**Filing Deadline**

If you do not file a claim within 365 days of the date you incur an expense, reimbursement will be denied.

> CVS/Caremark
> P.O. Box 52116
> Phoenix, AZ 85072

For more information about appealing claims and additional claims review procedures, see "Claims Review and Appeals Procedures" in the *Rules, Regulations and Administrative Information* section. For additional contact information for claims administrators, see the *Contact Information* section.

**Health Care**



# Dental Benefits

The BlueCare® Freedom Dental PPO program allows you and/or your eligible dependent(s) the freedom to choose any licensed dentist when you need dental care. You will maximize your dental benefits when you access a contracting general or specialty dentist through the BlueCare® *Dental PPO Network*. Advantages of using the BlueCare *Dental PPO Network are*:

- Reduced out-of-pocket costs due to discounted fees

- No balance billing

- No referral needed for specialty dentists

- Contracting dentists will submit claims for you

Your **dental benefits remain the same** whether you select a dentist from within or outside the network; services are covered at the same benefit level. However, if you choose to receive services from a dentist outside of the network, the plan will pay a percentage of the charges for covered services, based on usual and customary (U&C) charges, up to a maximum annual or lifetime benefit, depending on the services received.

When your dependent needs orthodontic care, treatment must begin before age 16.

## Your Dental Benefits at a Glance

| Dental Benefits | In-Network | Out-of-Network |
|---|---|---|
| *Maximum annual benefit* | $2,000 per covered family member (excluding orthodontic). | $2,000 per covered family member (excluding orthodontic). |
| *Annual calendar year deductible* | No deductible applies. | No deductible applies. |
| *Preventive care (two oral exams/year)* | Plan pays 100% of PPO negotiated rates. | Plan pays 100% of U&C charges. |
| *All non-orthodontic dental care* | Plan pays 80% of eligible expenses, based on the PPO negotiated rate, up to the maximum annual benefit. | Plan pays 80% of eligible expenses, based on the U&C amount, up to the maximum annual benefit. |
| *Orthodontic dental care* | Plan pays 80% of U&C, up to a lifetime maximum of $2,000, for each eligible covered dependent. | Plan pays 80% of U&C, up to a lifetime maximum of $2,000, for each eligible covered dependent. |



## Using Your Dental Benefits

Dental benefits provide comprehensive coverage for preventive and other types of dental services, including orthodontia. When you need dental care, you must visit a licensed dentist.

In-network dental benefits are available when you choose a provider that participates in the Blue Cross/Blue Shield (BCBS) BlueCare® Freedom Dental PPO Program. The benefit remains the same whether you use an in-network or out-of-network provider. However, in-network providers have agreed to accept a negotiated rate for their services.

If you choose a nonparticipating provider, you can be billed for any amount over what is paid by BCBS.

### Benefit Amounts

**Preventive care:** Preventive care is covered at 100% of the PPO negotiated rate for in-network dentists or U&C charges for out-of-network dentists. Preventive services include two oral exams a year, including teeth cleaning, fluoride applications (up to 19 years of age) and dental x-rays (two bitewings per year and one full mouth x-ray every 36 months).

**Other care:** The plan pays 80% of the PPO negotiated rate for other covered dental care provided by in-network dentists (80% of U&C charges for out-of-network dentists).

**Annual maximum (excluding orthodontic):** The maximum amount the plan will pay *each calendar year* is $2,000 per person. When you or your covered dependents reach this limit, you are responsible for the full cost of any additional services received.

### How the Orthodontic Benefit Works

When your covered dependent needs orthodontic care, he or she must visit a licensed orthodontist or dentist. The plan pays a percentage of the charges for covered services, up to a maximum annual benefit. You pay no deductible.

Orthodontic treatment must begin before age 16 and may continue beyond age 19 (when the dependent would otherwise lose eligibility), provided your covered dependent remains:

- A full-time student,
- Unmarried,
- Financially dependent on you, and
- A resident in your household.

#### Benefit Amount

The plan pays 80% of the first $2,500 of expenses for each covered dependent under age 19. That's a lifetime maximum orthodontia benefit of $2,000 per covered dependent.

**Health Care**

*Cost*

Generally, an orthodontist establishes the total cost of his or her services, supplies and appliances before treatment starts. This is paid by an initial down payment with regular monthly payments thereafter. You are responsible for the initial down payment. You will be reimbursed for the down payment (but not more than 16% of the entire treatment — 80% of 20%), and the plan will make regular monthly payments of the benefit for the remaining costs. The plan's payments for orthodontic services will end when you meet the lifetime maximum benefit or coverage under the plan ends.

To receive your monthly reimbursements, you must:

- Continue to qualify as a plan participant, and

- Submit paid receipts from your orthodontist for your monthly payment.

You cannot receive your total reimbursements in less than 24 months unless your dentist certifies that the orthodontic correction is completed.

## Covered Dental Expenses

Your dental benefits provide coverage at PPO negotiated rates or U&C charges for the following types of services:

- Two oral exams, including teeth cleaning and scaling, every calendar year; additional cleanings (up to four per year) to treat periodontal disease with a letter of medical necessity

- Fluoride applications up to age 19

- Application of dental sealant up to age 19

- Dental x-rays (bitewings limited to two per year; full mouth limited to once every 36 months)

- Extractions and oral surgery

- Fillings and inlays

- Crowns and initial installation of fixed bridgework

- Artificial tooth implants

- Treatment of diseases of the gums and tissue of the mouth

- Initial installation of removable partial or full dentures

- The addition of teeth to an existing removable partial or full denture or fixed bridgework, or its total replacement, if made necessary by drifting of anchor teeth

- Repair or recementing of crowns, inlays, bridgework or dentures

- Treatment for tooth damage that results from the grinding or biting of teeth (occlusal services)

- General anesthesia for dental procedures when medically necessary

- Orthodontia



## Expenses Not Covered

Dental benefits do not cover:

- Expenses to treat a participant's illness or injury arising from any electrical work or any other paid work; expenses for a dependent paid or payable under any Workers' Compensation law (whether performed for pay or not) or any other paid work

- Treatment by someone other than a licensed dentist or physician (the plan will cover teeth cleaning by a licensed dental hygienist who is supervised by a dentist)

- Any work performed directly by a lab and billed to you without a prescription from a dentist, such as manufacture or repair of dentures, liners and other devices and appliances; services and supplies of any kind furnished directly by a lab

- Replacement of a lost or stolen prosthetic device

- Services and supplies that are solely for cosmetic reasons, such as bonding or whitening

- Services that are not medically necessary

- Treatment in a hospital operated by the federal government or a federal agency for a disability connected to military service

- Illness or injury resulting from any act of war or international armed conflict, participation in a riot or the commission of a criminal act

- Treatment for which there would be no charge if these benefits were not available

- Services provided by a relative or a person who ordinarily resides with you

- Services provided or paid through any other plan

- Treatment of any intentionally self-inflicted injury (except in cases of mental illness)

- Broken appointments

- Claims filed more than one year after the date the expense was incurred

### Orthodontic Expenses Not Covered

- Expenses for participants other than eligible covered dependents

- Expenses for a dependent paid or payable under any Workers' Compensation law (whether performed for pay or not) or any other paid work

- Treatment by anyone who is not a licensed orthodontist or dentist

- Replacement of lost or stolen retainers

- Services or supplies furnished on or after the date your dependent turns age 16, unless those procedures began before age 16

- Services and supplies that are solely for cosmetic reasons

- Treatment for which there would be no charge if these benefits were not available

- Services provided by a relative or a person who ordinarily resides with you

- Services provided without charge or paid through any other plan
- Broken appointments
- Claims filed more than one year after the date the expense was incurred

## Filing a Claim

In-network providers will file a claim for you. Out-of-network providers will usually file a claim for you; but if you are required to file a dental claim, call BCBS at 1-800-862-3386 to obtain a dental claim form. All dental claims should be submitted to:

> Blue Cross/Blue Shield of Illinois
> c/o DNoA
> P.O. Box 23059
> Belleville, IL 62223

When you submit your Request for Benefit Payment form, it should be completed fully, following the instructions printed on the form. Failure to do so may delay payment or result in denial of benefits. Attach a statement from your physician or dentist together with bills or receipts for all covered expenses, including those that count toward the deductible. To make sure you receive all the benefits you are entitled to, you should keep copies of bills or receipts for supplies, as well as those for hospitalization and treatment. If all charges are not detailed on the request form, attach an itemized statement.

For more information about appealing claims and additional claims review procedures, see "Claims Review and Appeals Procedures" in the *Rules, Regulations and Administrative Information* section. For additional contact information for claims administrators, see the *Contact Information* section.

| **Filing Deadline** |
| --- |
| If you do not file a claim within 365 days of the date you incur an expense, reimbursement will be denied. |



Health Care

# Vision Benefits

**Important Note!**

Before you make an appointment, notify the provider that you are covered under VSP.

In-network vision benefits are provided by VSP (Vision Service Plan). However, you can visit any out-of network licensed optician, optometrist or ophthalmologist and receive a lesser out-of-network benefit.

## Your Vision Benefits at a Glance

| Vision Benefits | | |
|---|---|---|
| | *In-Network* | *Out-of-Network* |
| *Annual calendar year deductible* | No deductible applies. | |
| *Annual calendar year benefit maximum* | Not applicable. | |
| *Exam* | After a $20 copay per exam, plan pays 100% on up to one exam per year. | After a $20 copay per exam, plan reimburses up to $45 on one exam per year. |
| *Lenses (includes glasses and frames)* | After $20 copay per pair, plan pays100% (frame costs in excess of $125 are your responsibility, but discounted by 20%). | After a $20 copay per pair, plan reimburses up to specified limits depending on the type of lens and frame. |
| *Contact lenses* | **Participant:** Plan pays 100% of discounted prices up to $200 per pair per year.<br><br>**Dependent:** Plan pays 100% of discounted prices up to $200 per year. | **Participant:** Plan reimburses up to $200 per pair per year.<br><br>**Dependent:** Plan reimburses up to $200 per year. |
| *Participant annual limits* | Two sets of framed lenses or two sets of contact lenses or one of each. | |
| *Dependent annual limits* | One set of framed lenses or one set of contact lenses. | |

## Using Your Vision Benefits

You must visit a licensed optician, optometrist or ophthalmologist. You may choose to visit either in-network or out-of-network providers, but with in-network providers the cost savings can be substantial. For in-network services, the plan pays the cost of covered services after you pay a copay. For out-of-network services, you pay a copay, then you will be reimbursed for part of the expense of eye exams, frames and lenses. You pay no deductible.

You must submit claim forms within six months for non-VSP providers. When you submit claim forms, you must include receipts.

## VSP Network Advantages

You and your covered dependents benefit when you use providers who participate in the VSP network (network providers) because:

- Network providers have agreed to accept pre-negotiated, discounted rates for their services. Since network providers charge discounted rates, you (and the Fund) save money when you use them.

- Network providers will file claims for you. When you go to a network provider, all you have to do is pay your $20 copay(s) (and any amount that exceeds specific maximums) and your provider will file a claim with VSP for reimbursement. There are no copays for contact lenses.

- You receive discounted prices on all your vision care needs, including those that are not covered by your plan, such as extra supplies and laser vision correction services.

- When you go to a non-network provider, you must pay for the services at the time you receive them and then file a claim with VSP. After any applicable copays, the plan will then reimburse you up to the scheduled amount. This amount will not be sufficient to pay for the entire cost of the eye examination or materials and you will not receive discounted prices.

### Finding VSP Network Providers

VSP's network includes many providers; so your current provider may already be in the VSP network. To locate a VSP network provider, you can:

- Ask your provider if he/she participates in the VSP network

- Call VSP Member Services at 1-800-877-7195, Monday-Friday, 8:00 a.m. until 8:00 p.m.

- Visit their Web site at www.vsp.com for more information

## Covered Expenses

The plan pays benefits for the following medically necessary expenses in a calendar year:

- Complete vision analysis, including eye exam, refraction, visual therapy and case history

- Two sets of framed lenses or two sets of contact lenses (or one set of each) for a participant if required by a prescription. One set of framed lenses or contact lenses for a dependent if required by a prescription.

## Expenses Not Covered

The plan does not cover:

- Expenses to treat a participant's illness or injury arising from any electrical work or any other paid work. Expenses for a dependent paid or payable under any Workers' Compensation law (whether performed for pay or not) or any other paid work

- Replacement of lost or stolen glasses, or broken frames



**Health Care**

- Services in connection with vision therapy, orthoptics, vision training, aniseikonia, or medical or surgical treatment of the eye unless performed by a licensed medical physician or licensed therapist

- Any surgical treatment in place of corrective lenses such as LASIK, photorefractive keratectomy (PKR) or radial keratotomy (RK)

- Treatment in a hospital operated by the federal government or a federal agency for a disability connected with military service

- Charges for services or supplies covered in whole or in part under any other portion of this benefit plan

- Illness or injury resulting from any act of war or international armed conflict, participation in a riot or the commission of a criminal act

- Treatment for which there would be no charge if these benefits were not available

- Services provided by a relative or a person who ordinarily resides with you

- Services or supplies provided without charge or paid through any other plan

- Expenses that are reimbursable by Medicare

- Treatment of any intentionally self-inflicted injury (except in cases of mental illness)

- Broken appointments

- Claims filed more than one year after the date the expense was incurred

## Filing a Claim

No claim forms are required when you use a VSP participating provider. All claims are filed directly with VSP by the provider.

To submit a nonparticipating provider claim, you must contact VSP at 1-800-877-7195 to obtain a claim form. The reimbursement rate is significantly less than it would be if you used a VSP provider.

For more information about appealing claims and additional claims review procedures, see "Claims Review and Appeals Procedures" in the *Rules, Regulations and Administrative Information* section. For additional contact information for claims administrators, see the *Contact Information* section.

| **Important Note!** |
| --- |
| If you see a non-VSP provider, you must file your claim(s), and the filing limit is six months from date of service. |

**Health Care**



# Continuing Coverage

A federal law, the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, requires that participants and their covered dependents be able to continue certain health care coverage when they would otherwise lose coverage. Coverage continues at your own expense.

Under COBRA, you and your covered dependents (or former dependents) have the right to continue medical, prescription drug, dental, orthodontic, vision and hearing aid coverage. Or you may elect to continue medical and prescription drug coverage only. You receive the same benefits as active employees for the option you choose. COBRA *does not extend* to other benefits under this plan, such as short-term disability, long-term disability, dismemberment or life insurance.

COBRA coverage for you and your covered dependents continues for up to 18 months if you become eligible for COBRA because your hours are reduced below the number required for coverage or your employment is terminated.

COBRA coverage is also available to your covered dependents for up to 36 months if their coverage ends because:

- You die,
- A covered child becomes ineligible due to age,
- You get a divorce or legal separation, or
- You become entitled to Medicare.

If you retire at age 60 and meet the qualifications for retiree health care, you are eligible for COBRA coverage for 18 months. You can request interim coverage which extends your coverage for up to six months; you pay the full cost of the coverage. This interim coverage will take you to age 62, at which time you would be eligible for retiree coverage. You must contact the Fund Office in writing to request interim coverage.

You or a family member is responsible for notifying the Trustees of any event that makes continuation of coverage applicable. Such events include divorce, death, or becoming Medicare-entitled because of disability or a dependent becoming ineligible because of age.

## Who Is Eligible for COBRA Coverage

You and your eligible dependents are eligible for COBRA.

Newborns and children adopted by you while you are covered under COBRA are eligible to elect COBRA coverage immediately. Your new child is a "qualified beneficiary" with independent election and second qualifying event rights.

If you have any questions about your eligibility for COBRA, or you do not receive coverage information within 14 days of notification of a qualifying event, contact the Fund Office.



## How to Enroll for COBRA Coverage

EIT's COBRA coverage is administered by EIT Benefit Funds. You will receive an election form from the Fund Office and more information about COBRA coverage if you become eligible for it. In the case of a divorce or ineligibility of a dependent child, the qualified beneficiary must notify the Fund Office to receive an election form.

To continue coverage, you or your affected dependent must elect COBRA coverage within 60 days after an event qualifies you for COBRA or after the Fund Office mails your election form, whichever is later. Your spouse and dependent children have separate election rights. You have an additional 45 days from the date you return your election form to pay the premiums necessary to avoid any gap in coverage. Any claims you file are not paid until the plan receives your contribution.

If coverage is modified for active employees, COBRA coverage will also be modified. If you do not elect COBRA coverage within the 60 days described above, coverage will end and will not be reinstated.

You, your spouse and dependent children who lose coverage as a result of the COBRA qualifying event are qualified beneficiaries entitled to elect COBRA. A child born to, adopted by or placed for adoption with you during the period of COBRA coverage would also be a qualified beneficiary with a right to COBRA coverage. Each qualified beneficiary has an independent right to elect COBRA coverage. You may elect COBRA coverage on behalf of your spouse, and parents may elect COBRA coverage on behalf of their children.

In deciding to elect COBRA coverage, you should know that a failure to continue your group health coverage will affect your future rights under federal law as follows:

- You can lose the right to avoid having pre-existing condition exclusions applied to you by other group health plans if you have more than a 63-day gap in health coverage. Election of COBRA coverage may help you not have such a gap.

- You will lose the guaranteed right to purchase individual health insurance policies that do not impose such pre-existing condition exclusions if you do not elect and maintain COBRA coverage for the maximum time available to you.

- You should take into account that you have special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event listed above. You will also have the same special enrollment right at the end of COBRA coverage if you elect and maintain COBRA coverage for the maximum time available to you.

**Health Care**



## How Much COBRA Coverage Costs

You pay 102% of the regular contribution rate or the cost of coverage for participants and dependents (100% of the premium plus a 2% administration fee).

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired individuals who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including COBRA continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TTD I TTY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact/.

## How Long COBRA Coverage Lasts

COBRA coverage can continue up to 18, 29 or 36 months depending on the qualifying event. If more than one qualifying event applies, the maximum coverage period is 36 months total. The following chart shows when you and your dependents may continue health care coverage under COBRA and for how long.

| COBRA Qualifying Event | Maximum Period Coverage Can Continue | | |
| --- | --- | --- | --- |
| COBRA Qualifying Event | You | Spouse | Child |
| You lose coverage because: <br> • Your hours are reduced <br> • Your employment ends for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You or your qualified dependent are disabled (as defined by Social Security) when you lose coverage | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse divorce or become legally separated | N/A | 36 months | 36 months |
| You become entitled to Medicare* | N/A | 36 months | 36 months |
| Your child no longer qualifies as an eligible dependent | N/A | N/A | 36 months |

\* If you become entitled to Medicare *before* your coverage ends, your spouse and any dependent children are entitled to elect COBRA coverage for up to the greater of 36 months from the date of Medicare entitlement, or 18 months from the date your coverage ends.



### Additional Qualifying Events

The 18-month COBRA period may be extended to 36 months for your spouse and dependent children who are qualified beneficiaries if a second qualifying event (death, divorce, legal separation or a dependent child ceasing to be a dependent under the terms of the plan) occurs during the 18-month COBRA continuation period. However, this extension will only be allowed if the second event would have caused the spouse or dependent child to lose coverage under the plan had the first qualifying event not occurred. To be granted an extension, the qualified beneficiary must notify the Fund Office within 60 days of the second qualifying event.

**Please note:** Your Medicare entitlement (Part A, Part B or both) is considered a second qualifying event for your spouse and dependent children under the EIT plan.

### Disability Extension

The 18-month COBRA continuation period may be extended by up to 11 months for a total of 29 months if a qualified beneficiary is determined by Social Security to be disabled at any time within 60 days of the start of the COBRA continuation period. This 11-month extension is available to all individuals who were qualified beneficiaries at the time of the initial termination or reduction in hours of employment. To be granted this extension, you must notify the Fund Office at 1-312-782-5442 within 60 days of the determination and within the 18-month COBRA continuation period. You must also provide a copy of the determination of disability notification from the Social Security Administration.

The disabled individual must also notify the Fund Office within 30 days of any final determination that such individual is no longer disabled.

### When COBRA Coverage Ends

COBRA health care coverage will end before the maximum period described in the "Maximum Period Coverage Can Continue" chart in this "Continuing Coverage" section, if:

- Required premiums are not paid by the due date.

- You, your spouse or dependent becomes covered under another group health plan, including a Medicare plan, after you have made your COBRA election (this does not apply if the new plan has pre-existing condition limits affecting the covered person).

- You, your spouse or dependent become eligible for Medicare (this only affects the person with Medicare coverage).

- You, your spouse or dependent recover from disability during the 11-month extension period.

- EIT no longer provides health care coverage to any of its active employees.

COBRA coverage may also be terminated for any reason the plan would terminate coverage of a participant or beneficiary not receiving COBRA coverage (such as fraud).

If your COBRA coverage terminates for any reason, it cannot be reinstated.

**Health Care**



## Notice and Election Procedures

To protect your family's rights, you should keep the appropriate parties informed of any changes in address, as follows:

- **Participant address:** If your address changes, you should notify the Fund Office.

- **Dependent address:** Also notify the Fund Office if your spouse or dependent(s) changes address (to an address other than your address).

If you have any questions or need to provide notice or make an election related to your COBRA rights, contact the Fund Office at 1-312-782-5442 Monday through Friday between 8:30 a.m. and 4:30 p.m. Central Time or write to:

EIT Benefit Funds
221 North La Salle Street, Suite 200
Chicago, Illinois 60601-1214





**Health Care**

# Retiree Health Care Benefits

You may be eligible for retiree health care benefits under this plan. As with active participants, benefits are contingent upon the continuation of the plan by the Trustees and on the financial adequacy of the plan. The Trustees reserve the right, in their sole and unrestricted discretion, to change, amend or end this coverage at any time for any reason. Examples of changes that may occur as retiree health care costs continue to rise include but are not limited to special retiree deductibles or copays, or caps on prescription drug expenses.

## Who's Eligible

You (and your eligible dependents) are eligible for retiree health care benefits if:

1.  You are receiving a benefit from and have 15 years of credited service earned after December 31, 1976 under Pension Plan No. 2 - **OR** -

2.  You have a combined total of at least 25 years of credited service under Pension Plan No. 2 and Pension Plan No. 4 (with a minimum of at least 10 years of credited service having been earned under Pension Plan No. 2), *and*

    You have been covered as an active employee under this plan throughout the two years before your retirement, or have at least 30 years of credited service under Pension Plan No. 2 - **OR** -

3.  On or after July 1, 2006 you have a combined total of at least 30 years of:

    –   Credited service under Pension Plan No.2, *and*

    –   Eligibility service earned under Pension Plan No. 2 solely from your employment as a union business representative, apprentice school teacher or apprentice school administrator.

## How Your Retiree Health Care Benefits Work

The lifetime maximum benefit per person is $2 million. This maximum benefit includes benefits paid before retirement.

## If You're Not Medicare-Eligible

Unless you retire on a disability pension, you are not eligible for retiree health care benefits until you reach age 62. When you reach age 62 (or if you retired on a disability pension), you will receive the same health care benefits as an active participant until you reach age 65 or become entitled to Medicare.



## If You Are or Become Medicare-Eligible

You are eligible for the same health care benefits as active participants, but Medicare is the primary plan. That is, Medicare will pay benefit costs before the plan pays. Expenses not reimbursable by Medicare may be covered by this plan if you have followed Medicare procedures. You are expected to seek treatment from a provider that has been approved by Medicare and is eligible to receive reimbursement from Medicare. All Medicare eligible retirees and their medical eligible dependents must satisfy the EIT annual deductible before any benefits will be paid by the plan.

The plan assumes you are covered for Part B of Medicare. If you don't enroll for Medicare Part B coverage, you must pay the amount Medicare would otherwise have paid (e.g. 80% of Medicare eligible expenses). The plan does not cover the cost of Medicare premiums.

## If You Die

If you die, your surviving spouse will remain eligible for coverage for 360 days, whether or not he or she is eligible for Medicare. Your spouse may then continue coverage under COBRA for up to 36 months by paying the applicable premium (see "Continuing Coverage" on page 69). Your eligible dependent children will also remain eligible for coverage for 360 days. If your child stops attending school during this time, he or she is eligible for 120 days of coverage from the last day of full-time attendance (not to exceed a total of 360 days, or past your dependents' 23rd birthday).

## For More Information

Contact the Fund Office for more information about retiree health care benefits that may apply for you.



# Glossary

The definitions included in this glossary will help you understand your plan benefits.

### Active Employee

A person who meets the definition of employee, who is actively at work or available for work for a contributing employer, and who is not a retiree.

### Chiropractic and Naprapathic Care

Skeletal adjustments, manipulation or other treatment (including naprapathy) in connection with the detection and correction by manual or mechanical means of structural imbalance or subluxation in the human body. Treatment is performed to remove nerve interference resulting from, or related to, distortion, misalignment or subluxation of, or in, the vertebral column.

### Coinsurance

The percentage of covered expenses you must pay after you have met your annual deductible. For example, if you use an in-network provider, you pay 10% of the PPO negotiated rate for most medical procedures and the plan covers the remaining 90%.

### Copay

A fee charged by the plan for certain health care services or care. For example, copays are charged at the time of a medical office visit or when you have prescriptions filled. This fee is usually a flat amount.

### Cosmetic Surgery

Plastic or reconstructive surgery or other services and supplies which improve, alter or enhance appearance, whether or not performed or used for emotional or psychological reasons.

### Credited Service

Credited service is used to determine the amount of your pension benefit under Pension Plan No. 2. It also may be used to determine eligibility for health care coverage after you retire.

Generally, you receive one full year of credited service for each calendar year in which you have 1,600 hours of covered employment. Before 1976, you received one-fourth of a year of credited service for each 400 hours you worked during each year — up to the maximum full year of credited service. After 1975, you receive one full year of credited service for each year in which you work 1,600 hours. For each year in which you have at least 400, but fewer than 1,600 hours, you receive credited service in proportion to your number of hours — up to the maximum full year of credited service.

Refer to the Electrical Contractors' Association (ECA) and Local 134 International Brotherhood of Electrical Workers (I.B.E.W.) Joint Pension Trust Pension Plan No. 2 for more information on credited service.



## Deductible

The amount you pay for covered services each year before the plan begins to pay benefits.

## Durable Medical Equipment (DME)

Medical equipment that can withstand repeated use without significant deterioration. DME is primarily and customarily used to serve a medical purpose, and generally is not useful to a person in the absence of an illness or injury. DME is covered when it is designed and medically necessary to assist an injury or illness of the covered person and is appropriate for use in the home.

## Eligibility Service

Eligibility service is used to determine when you qualify for a pension under Pension Plan No. 2. It also may be used to determine eligibility for health care coverage after you retire.

You receive one year of eligibility service for each calendar year in which you have at least 400 hours of covered employment. Generally, covered employment includes any period of work for which your employer is obligated to make contributions to the plan. You also receive one year of eligibility service for each calendar year in which you have at least 1,000 hours of non-covered employment with a participating employer. The 1,000-hour period must immediately precede or follow covered employment with the same employer. Refer to the ECA and Local 134 I.B.E.W. Joint Pension Trust Pension Plan No. 2 for more information on eligibility service.

## Home Health Care (HHC)

Physician-ordered services for part-time or intermittent home nursing care by a licensed HHC organization when continued hospitalization would otherwise have been required if home care was not provided.

## Hospice Care

Services provided for a terminally ill person. To be considered "terminally ill," the covered individual must provide a statement from the attending physician indicating life expectancy to be six months or less. Hospice care programs provide either home care or inpatient care through an affiliated hospital or nursing facility.

## Industry Employment

The term "industry employment" means any period of employment in which a participant is engaged in any capacity, whether as an employee, sole proprietor, owner-operator, independent contractor, self-employed person or otherwise, within the trade and geographic jurisdiction of the Union.

## In-Network (PPO Provider)

A health care service or supply furnished by a PPO network provider. In general, in-network services are covered at a higher benefit level than out-of-network services.



**Health Care**

## Investigational/Experimental

Procedures, drugs, devices, services and/or supplies which are:

- Provided or performed in special settings for research purposes or under a controlled environment and which are being studied for safety, efficiency and effectiveness; and/or

- Awaiting endorsement by the appropriate National Medical Specialty College or federal government agency for general use by the community at the time they are rendered to a covered person; and

- Specifically with respect to drugs, combination of drugs and/or devices, are not finally approved by the Federal Drug Administration at the time used or administered to the covered person.

## Lifetime Maximum

The total amount of benefits you can receive under the plan in your lifetime.

## Medical Services Advisory (MSA)

Blue Cross/Blue Shield (BCBS) Medical Service Advisory is the organization responsible for precertifying or authorizing medical services received from a hospital or other inpatient facility (see "Medical Service Advisory" on page 43).

## Medically Necessary (Medical Necessity)

Health care services and supplies that are:

- Determined by the claims administrator to be medically appropriate,

- Necessary to meet the basic health needs of the patient,

- Rendered in the most cost-efficient manner and setting appropriate for the delivery of the service or supply,

- Consistent in type, frequency and duration of treatment with scientifically based guidelines of national medical, research or health care coverage organizations, or governmental agencies that are accepted by the claims administrator,

- Consistent with the diagnosis of the condition,

- Required for reasons other than the convenience of the patient or physician, and

- Demonstrated through prevailing peer-reviewed medical literature to be either:

  – Safe and effective for treating or diagnosing the sickness or condition for which their use is proposed, or

  – Safe with promising efficacy for treating a life-threatening sickness or condition in a clinically controlled research setting using a specific research protocol that meets standards equal to those defined by the National Institutes of Health.

## Morbid Obesity

A condition that exists when weight is at least twice the ideal weight for frame, age, height and gender, according to the Federal Guidelines on Obesity.



**Occupational Therapy**

Physician-ordered treatment by a licensed occupational therapist. The physically disabled person is treated by means of constructive activities designed and adapted to promote the functional restoration of the person's abilities lost or impaired by disease or accidental injury to satisfactorily accomplish the ordinary tasks of daily living and those required by the person's particular occupational role.

**Out-of-Area**

A medical care service or supply that is provided outside the PPO network area (if you live more than 10 miles away from all in-network providers).

**Out-of-Network (Non-PPO Provider)**

A medical care service or supply furnished by a provider that does not participate in the PPO network. In general, out-of-network services are covered at a lower benefit level than services from a PPO network provider.

**Orthotic Devices**

Appliances such as braces and splints which are required for support for an injured or deformed part of the body as a result of a disabling congenital condition or an injury or sickness.

**Out-of-Pocket Maximum**

The most you pay out-of-pocket in a calendar year for eligible medical expenses. If your deductible plus coinsurance toward eligible expenses reaches the out-of-pocket maximum, the plan pays 100% for most additional covered expenses for the rest of the calendar year. (In-network office visit copays and amounts charged by out-of-network providers above negotiated rates or U&C charges do not count toward the out-of-pocket maximum.)

**Participant**

A person who is employed by an employer participating in the EIT benefit plan and for whom contributions are being received by EIT.

**Participating Provider Option (PPO)**

A medical organization that allows you to choose from a list of participating providers. The providers agree to provide appropriate medical care for negotiated rates to plan participants. You pay less for services when you use participating PPO providers because their charges are based on the PPO negotiated rates.

**Physical Therapy**

Physician-ordered treatment by a licensed physical therapist using physical means, hydrotherapy or biomechanical and neurophysiological principals.

**Plan Administrator**

The plan administrator controls and manages the operation and administration of the benefits and programs of a plan. The Trustees serve as the plan administrator for the Electrical Insurance Trustees Health & Welfare Plan for Construction Workers.

**Preventive Care**

Health care services intended to prevent or provide early diagnosis of illness or injury, such as routine physical exams, gynecological exams, well-child care and immunizations.



**Referral Hall**

The Referral Hall refers to the Union office where members must register their availability for work and from where employment is assigned.

**Skilled Nursing Facility (SNF)**

A licensed facility that provides 24-hour professional nursing services on an inpatient basis to persons convalescing from injury or sickness. SNFs maintain a complete medical record on each service recipient and are supervised on a full-time basis by a physician.

**Speech Therapy**

Speech therapy as directed by a physician and performed by a licensed speech therapist. Treatment is covered by the plan if the services are expected to restore a speech function lost due to disease, injury or surgery.

**Timely Filing**

The length of time in which a claim must be filed in order to receive benefits.

**Usual and Customary (U&C) Charges**

The charges considered appropriate in your geographic area for medically necessary services, treatments, supplies or drugs. You pay any charges over the U&C amount.

**Welfare Fund**

Refers to the assets held in trust for the EIT Benefit Funds Health & Welfare Plan for Construction Workers.



# Disability

Your plan provides you with disability coverage that gives you and your family protection against some of the financial hardships that can occur if you become disabled or injured. The benefits include:

- Short-Term Disability benefits

- Long-Term Disability benefits

In addition to these benefits, you may also be eligible for benefits from Pension Plan No. 2, Pension Plan No. 5, the Additional Security Benefit (ASB) Plan and Social Security. See the *What Happens If…* section for more information.

| More Information |
| --- |
| For definitions of terms that are often used in describing your benefits, be sure to review the "Glossary" on page 92 of this section and in the *Health Care* section of this SPD. |

| In This Section | See Page |
| --- | --- |

**Participation** ......................................................................................... **82**
    Participant Eligibility ................................................................... 82
    When Coverage Begins ............................................................... 83
    When Coverage Ends .................................................................. 83
    Filing a Claim .............................................................................. 83
    What's Not Covered .................................................................... 84
**Short-Term Disability Benefits** ............................................................ **85**
    When Benefits Begin and End .................................................... 86
    Receiving Benefits ...................................................................... 86
    Recurring Disabilities ................................................................. 86
**Long-Term Disability Benefits** ............................................................ **87**
    When Benefits Begin and End .................................................... 87
    Qualifying for a Benefit .............................................................. 88
    Receiving Benefits ...................................................................... 88
    Recurring Disabilities ................................................................. 89
    Pension Plan Disability Benefits ................................................ 89
    Social Security Disability Benefits ............................................. 89
    Disability Advancement .............................................................. 89
    Rehabilitative Employment ......................................................... 90
**Permanent and Total Disability Benefits: Life Insurance Conversion** ......... **91**
**Glossary** ............................................................................................... **92**



# Participation

This section describes how you can participate in disability benefits, including who is eligible, when disability coverage begins, maintaining disability coverage and when disability coverage ends.

## Participant Eligibility

If you are an active employee and you are eligible for health benefits, you are eligible for disability benefits.

If you stop working in active employment or become ineligible for health benefits under the plan, your eligibility for disability benefits will end. Once your eligibility ends, you will not be eligible for disability benefits until you resume coverage as an active employee under the health plan.

See "Participant Eligibility" in the *Health Care* section for more information about health plan eligibility requirements.

## Maintaining Coverage by Self-Pay

Generally, once you become eligible, your disability coverage will continue under the Electrical Insurance Trustees Health & Welfare Plan as long as sufficient contributions to maintain your eligibility are received by the Fund Office on your behalf.

However, if your coverage would end because sufficient contributions have not been received to meet the contributed hours requirement, you may maintain your coverage by making self-pay contributions if you meet the requirements under the plan.

For more information about maintaining your coverage, refer to "Maintaining Coverage by Self-Pay" in the *Health Care* section.

## Credited Hours During Periods of Disability

If you are unable to work because of a certified disability, you are credited with up to 25 hours for each week of proven disability while eligible for short-term disability or long-term disability benefits during any one period of continuous disability.

To receive credited hours, you *must* be:

- Receiving disability benefits from Workers' Compensation or from the Welfare Fund, or
- Eligible for but not receiving benefits from the Welfare Fund because Social Security disability benefits are greater.

Insurance eligibility credit will be given for up to 118 weeks if you were covered under the plan for at least 12 consecutive months prior to the disability or for up to 14 weeks if you were covered for fewer than 12 consecutive months prior to the disability.

---

**Insufficient Contributed Hours**

It is solely *your* responsibility to know when your coverage will end due to insufficient contributed hours. Notice of loss of coverage from the Fund Office is not an obligation of the Welfare Fund, its Trustees or the Fund Office.

---



## When Coverage Begins

Short-term disability coverage begins on the first day of the month after you complete the plan's eligibility requirements (see "Participant Eligibility" in the *Health Care* section).

Eligibility for long-term disability coverage begins on the first day of the month after you have been enrolled in the Health & Welfare Plan for 12 consecutive calendar months.

## When Coverage Ends

Coverage ends when you fail to meet eligibility requirements or if the plan is discontinued. The following table summarizes situations in which coverage would normally end and what happens to your coverage in each situation.

| Disability Coverage Ends… | However, Disability Coverage May Continue if… |
|---|---|
| *If you are laid off and are unemployed* | You are eligible to make self-pay contributions and are registered through the Referral Hall and available for work. |
| *If you work outside the jurisdiction of Local Union 134* | You work for a contributing employer outside Local Union 134 jurisdiction and you register on the Electronic Reciprocal Transfer System (ERTS) to have your contributions transferred to this plan. |
| *If the plan is discontinued* | No further coverage is available. |

The Trustees will make every effort to notify you by mail if you lose coverage for any reason. The notice will be sent to the address on file at the Fund Office. Be sure to notify the Fund Office if you have a change of address.

**Note:** You must reimburse the plan for any benefits that may have been paid after you have lost coverage because of insufficient hours.

## Filing a Claim

To collect short-term disability or long-term disability benefits, you must contact the Fund Office and obtain a claim form. The Fund Office will send a claim form to you. It must be completed by you, your employer and your physician and returned to the Fund Office. The completed claim form must be filed with the Fund Office within 365 days from the date of your disability. You also must supply the Fund Office with information the Trustees require (i.e., proof of your claim).

The Fund Office will forward your completed claim form to a third-party case management service for medical review before any benefits are paid. All benefits are subject to certification by the case management service.

Benefits are not available for any claim that began more than 365 days before receipt of the completed claim form by the Fund Office. In addition, if the Fund Office determines that you received short-term disability or long-term disability benefits to which you were not entitled, you will be required to reimburse the Fund for any benefit payments made to you.

It is solely your responsibility to know when your coverage will end due to insufficient contributed hours. Notice of loss of coverage from the Fund Office is not an obligation of the Welfare Fund, its Trustees or the Fund Office.

**Important Note**

You can receive benefits for up to a maximum of 2 years and 14 weeks.



### Proof of Claim

Your proof of claim must show:

- That you are under the regular care of a licensed physician or behavioral health provider,

- The date your disability began,

- The cause of your disability,

- The extent of your disability — including restrictions and limitations preventing you from performing your regular job, and

- The name and address of any hospital or facility where you received treatment, as well as all attending physicians.

EIT Benefit Funds reserves the right to request an independent exam by a selected physician to review your eligibility for disability benefits.

Refer to "Claims Approval and Denial" in the *Rules, Regulations and Administrative Information* section for more claims information.

## What's Not Covered

You will not receive benefits for any period of disability:

- During which you are not under the regular care of a licensed physician or behavioral health provider,

- During which your disability is not certified by the case management service,

- During which you are treated by a relative or a person who ordinarily resides with you,

- That results from injury or sickness caused directly or indirectly by war or an act of war,

- Caused by participation in a riot,

- That results from intentionally self-inflicted injury,

- For which you are paid by an employer,

- That results from an accident while intoxicated or under the influence of narcotics not administered by a physician,

- That results from an injury or sickness arising from any electrical work or any other paid work or is payable under any Workers' Compensation or occupational disease law,

- That results from travel in a private aircraft, or

- That occurs after the date you retire.

These exclusions apply to both your short-term disability and your long-term disability benefits.

> **Important Note!**
>
> See the "What's Not Covered" list for exclusions that apply to both short-term disability and long-term disability benefits.

**Disability**

# Short-Term Disability Benefits

You receive short-term disability benefits if you are disabled by an illness or accidental injury while an active employee. The disability must prevent you from returning to work with a participating employer and make you totally unable to perform your job. You also must be under the care of a licensed physician or behavioral health provider during your disability.

The chart below summarizes the short-term disability benefits offered under the plan. To fully understand how these benefits work, you should read the more detailed information that follows the chart.

| Short-Term Disability Benefits | |
|---|---|
| **When Coverage Begins** | On the first day of the month after you become eligible for health and welfare benefits under this plan |
| **When Benefits Are Payable** | After you are unable to work and have been under the care of a licensed physician or behavioral health provider for seven consecutive days |
| **What You Receive** | $750 a week for up to 13 consecutive weeks |
| **How Long Benefits Last** | If you remain totally disabled and your disability continues to be certified by a case management service, payments continue for up to 13 weeks. |
| **Other Benefits** | You remain eligible for health and welfare benefits. |



## When Benefits Begin and End

<table>
<tr><td>

**What's the Definition of Disability?**

You are considered disabled if you suffer from an illness or accidental injury that prevents you from being continuously able to perform your job, and you are under the care of a licensed physician or behavioral health provider.

</td></tr>
</table>

Your benefits will begin after you are unable to work for seven consecutive days, and you are under the care of a licensed physician or behavioral health provider.

If you remain totally disabled, payments continue for up to 13 weeks, but not beyond the date your physician allows you to return to work.

See "What's Not Covered" on page 84 for exclusions and limits that apply to disability benefits under the plan.

## Receiving Benefits

You will receive the benefit shown in the "Short-Term Disability Benefits" chart on page 85 at the end of each pay period during which you have provided proof of your continuing disability. Because of federal law, Social Security and Medicare taxes will be withheld from your weekly short-term disability benefit. If you want federal income and state taxes withheld from your check, you must notify the Fund Office.

## Recurring Disabilities

If you recover from a short-term disability, return to work and are later disabled again from the same cause, the two periods will count as one 13-week disability period, unless your physician released you for full-time unrestricted work and:

- The disabilities are separated by four consecutive weeks of full-time employment where you are doing the same or similar work as you did before your disability, or

- You are registered with the Referral Hall and available for work and did not turn down gainful employment for at least four consecutive weeks.

If you recover from one short-term disability and then become disabled from a different cause, you will receive benefits for up to 13 weeks for *each* period of disability if:

- Your physician allowed you to return to full-time unrestricted work between the two periods of disability, and

- You either returned to full-time unrestricted work or registered with the Referral Hall and were available for work and did not turn down gainful employment.

**Disability**



# Long-Term Disability Benefits

You may receive long-term disability benefits for up to 24 months while you continue to be disabled and under a physician's care.

The chart below summarizes the long-term disability benefits offered under the plan. To fully understand how these benefits work, you should read the more detailed information that follows the chart.

| Long-Term Disability Benefits | |
|---|---|
| ***When Coverage Begins*** | On the first day of the month after you have been enrolled in the Health & Welfare Plan for 12 consecutive months |
| ***When Benefits Are Payable*** | After 14 weeks of disability (13 weeks of short-term disability plus the seven day short-term disability waiting period) |
| ***What You Receive*** | 60% of your average monthly pay (minimum monthly benefit of $2,000, up to a maximum monthly benefit of $3,000). The benefit will be reduced by any disability benefit paid or payable by Social Security |
| ***How Long Benefits Last*** | Your benefits will continue for up to 24 months after they begin as long as you remain disabled or until you retire, whichever comes first. |
| ***Other Benefits while You Are Disabled*** | • You remain eligible for health and welfare benefits<br>• You may qualify for a benefit from Pension Plan No. 5<br>• You may qualify for a Social Security disability benefit<br>• If you become totally and permanently disabled, you may qualify to have your Basic Life Insurance benefits converted to 114 monthly installment payments |

**Note:** After your long-term disability benefits end, you may qualify to continue medical, prescription drug, dental, orthodontia, vision and hearing aid benefits for up to 29 months by paying premiums as available through COBRA. (See "Continuing Coverage" in the *Health Care* section for more information about COBRA continuation of coverage.) COBRA does not include disability benefits.

You may also qualify for a benefit from Pension Plan No. 2. If you are eligible for a disability pension, you may also qualify for retiree health care coverage.

## When Benefits Begin and End

Your long-term disability benefits begin after 14 weeks of disability. (During this 14-week period, you may be eligible for short-term disability benefits — see "Short-Term Disability Benefits" on page 85.)

---

**Applying for Social Security Disability Benefits**

If your disability is expected to last six months or longer, you are expected to apply for Social Security disability benefits.

---



**Disability**

Your benefits end at the first instance of any of the following circumstances:

- The disability ends
- 24 months after benefits begin
- When you receive a disability award from Social Security and elect to receive a pension from EIT

## Qualifying for a Benefit

To qualify for long-term disability benefits, you must:

- Be covered by the Health & Welfare Plan for at least 12 consecutive calendar months before the disability began,
- Be prevented from performing any gainful work due to a physical or mental impairment,
- Not have engaged in any gainful employment for 14 consecutive weeks,
- Be under the continuous care and attendance of a licensed physician or behavioral health provider or surgeon for treatment of your disability, and
- Have applied for Social Security disability benefits and your application is still pending, or be eligible to receive Social Security benefits.

The Fund Office determines disability and the right of any participant to receive disability benefits from the plan.

See "What's Not Covered" on page 84 for exclusions and limits that apply to disability benefits under the plan.

## Receiving Benefits

Your long-term disability benefit is paid monthly for up to 24 months after benefits begin. The benefit amount is based on the formula shown below:

**Average Monthly Pay**

Average monthly pay means the wages or salary paid to you by participating employers in the 12 calendar months before your disability began, divided by 12.

---

**60% of your average monthly pay**
(minimum monthly benefit of $2,000, up to a maximum monthly benefit of $3,000)

**MINUS**

**Disability benefits paid or payable by Social Security or any other group disability plan**

---

**An Example:** Since your benefit is 60% of your average monthly pay, if your average monthly pay is $3,333 or less, your monthly benefit will be $2,000. If your monthly pay is between $3,333 and $5,000, you will receive 60% of your average monthly pay. If your average monthly pay is more than $5,000, your maximum benefit is $3,000 per month.

Any disability benefits paid or payable by Social Security or any other group disability plan will reduce the benefits payable by this plan.

Vacation and holiday pay, bonuses and commissions are not included in figuring your long-term disability benefit.



## Recurring Disabilities

If you recover and are then disabled again within six months from the same or a related cause, you are considered to have a continuation of the first disability. If more than six months have passed since your recovery, and you have worked doing the same or similar work for six consecutive months as you did before your first disability, you are considered to have a new disability for which you may receive up to 24 months of benefits, subject to a 14-week waiting period.

## Pension Plan Disability Benefits

If you become totally and permanently disabled (see "Permanent and Total Disability Benefits: Life Insurance Conversion" on page 91), and have been granted a disability benefit from Social Security, you may be eligible to receive:

- The value of your account in Pension Plan No. 5, if applicable, and
- If you have 10 or more years of eligibility service, a disability pension from Pension Plan No. 2. **However, if you start your disability pension, payments from this plan will stop**.

## Social Security Disability Benefits

Social Security may also provide disability benefits to you and your eligible family members. You *must* apply for a Social Security disability benefit within five months of disability to remain eligible for long-term disability benefits through this plan. If your initial application for Social Security disability benefits is denied, you *must* pursue your right to appeal the denial. That means you must complete each of the following steps on a timely basis until your claim is allowed:

- A reconsideration
- A hearing before an administrative law judge
- A review by an Appeals Council
- An action in a federal district court

In each step, you must apply in writing within 60 days of notification that your appeal was not granted at the earlier step.

After you have been eligible for Social Security disability benefits for 24 months, you become eligible for Medicare — regardless of your age. This is another important reason to pursue your claim for Social Security benefits throughout the entire appeals process.

Once you have applied for Social Security disability benefits, you may be eligible to receive your Additional Security Benefit (ASB) Plan account balance if your disability has continued for at least six consecutive months. To request your ASB Plan Account balance, contact the Fund Office.

## Disability Advancement

The Trustees may grant you a short-term emergency advance from the plan while you wait for the determination of your right to receive Social Security disability benefits. Contact the Fund Office for an application.

The advancement is secured by your benefit under this plan or any benefits that you may receive from the Trustees. On approval by the Trustees, you will receive up to one month of your long-term disability benefit. You can apply for an advance once each month until Social Security has made a final determination on your right to disability benefits. The advancement must be paid back to the Trustees within 30 days after you receive a Social Security disability benefit.

If your application for Social Security disability benefits is not approved after you have completed the entire appeal process, as stated under "Social Security Disability Benefits" on page 89, the advancement would revert to the basic long-term disability benefit and would not have to be repaid.

## Rehabilitative Employment

Your long-term disability benefit will continue if you participate in rehabilitative employment, but it will be reduced by 80% of your income from such employment. The reduction may apply for the whole 24-month benefit period.

Disability

# Permanent and Total Disability Benefits: Life Insurance Conversion

If you become totally and permanently disabled while an active employee under age 70, you may convert your Basic Life Insurance benefit of $10,000 (see "Life Insurance Benefits" in the *Life Insurance and AD&D* section) to a series of monthly installment payments. It is to your advantage to start these payments after your long-term disability benefits have ended.

## Monthly Benefit Amounts

You may convert your Life Insurance benefit to a series of 114 monthly installment payments ($9\frac{1}{2}$ years). The first monthly installment is $148.50 and the remaining installments are $100 a month. Because of interest, the total amount of the benefit over the 114-month span would be $11,448.50. If you die while receiving these benefits, any unpaid installments are payable monthly to your designated beneficiary, or your designated beneficiary may elect to receive any unpaid principal balance in a lump-sum payment.

Benefits are currently being administered by Fort Dearborn Life Insurance Company.

## Proving Your Disability

You are considered totally and permanently disabled if:

- A physical or mental impairment prevents you from working within the electrical industry,
- The impairment is expected to continue for at least 24 months or result in an earlier death, and
- You are eligible to receive a Social Security disability benefit.

The loss of sight in both eyes, or the severance of both hands or feet or one hand and one foot, is also considered total and permanent disability.

You must furnish the Trustees with proof of disability (including your Social Security award) within 365 days after it begins. The Trustees, or an agent selected by the Trustees, have the right to require proof of the continuing disability at any time during the first two years of disability, and once a year thereafter. Payments stop if you fail to furnish satisfactory proof of your disability.

If your disability ends before all 114 installments have been made, your $10,000 Life Insurance benefit will be reduced by the amount of Permanent and Total Disability benefits paid. The exact amount of your Life Insurance benefit coverage is figured based on a table provided by Fort Dearborn Life Insurance Company. (A copy of this table is available at the Fund Office for your review.) The full $10,000 will be restored if you produce a statement of health satisfactory to the Trustees and return to active employment with a participating employer or register with the Referral Hall and remain available for work and do not turn down gainful employment.

# Glossary

The definitions included in this glossary will help you understand your plan benefits.

### Active Employee

A person who meets the definition of employee, who is actively at work or available for work for a contributing employer, and who is not a retiree.



# Life Insurance and AD&D

The plan provides you with life and accident coverage that gives you and your family protection against some of the financial hardships that can occur if you become injured or die. These benefits include:

- Basic Life Insurance

- Accidental Death & Dismemberment (AD&D)

In addition to these benefits, you or your spouse or beneficiary may also be eligible for benefits from Pension Plan No. 2, Pension Plan No. 5, the Additional Security Benefit (ASB) Plan and Social Security. See the *What Happens If…* section for more information.

| **More Information…** |
|---|
| For definitions of terms that are often used in describing your benefits, be sure to review the "Glossary" on page 101 of this section and in the *Health Care* section of this SPD. |

**In This Section**      **See Page**

**Participation** ...................................................................................................... **94**
    Participant Eligibility ..................................................................................... 94
    When Coverage Begins ................................................................................ 94
    When Coverage Ends ................................................................................... 95
    Designating a Beneficiary ............................................................................. 95
    Other Benefits Payable on Death.................................................................. 96
    Filing a Claim................................................................................................. 96

**Life Insurance Benefits** .................................................................................. **97**
    Conversion Privilege ..................................................................................... 97
    What's Not Covered ...................................................................................... 98

**Accidental Death & Dismemberment (AD&D) Benefits** ................................ **99**
    Receiving Benefits......................................................................................... 99
    What's Not Covered ...................................................................................... 100

**Glossary**........................................................................................................ **101**

**Life Insurance and AD&D**



# Participation

This section describes how you can participate in Life Insurance and AD&D (accidental death and dismemberment) benefits, including who is eligible, when Life Insurance and AD&D coverage begins, maintaining Life Insurance and AD&D coverage and when Life Insurance and AD&D coverage ends.

## Participant Eligibility

If you are an active employee and you are eligible for health benefits, you are eligible for Life Insurance and AD&D benefits.

If you stop working in active employment or become ineligible for health benefits under the plan, your eligibility for Life Insurance and AD&D benefits will end. Once your eligibility for health benefits ends, you will not be eligible for Life Insurance and AD&D benefits until you resume coverage as an active employee under the health plan.

If you are a retiree who retired under the early pension benefit provision (as stated in the *Electrical Insurance Trustees Pension Plan No. 2 SPD*), you have not attained age 65 *and* you are eligible for health benefits, you are not eligible for AD&D benefits but you are eligible for Life Insurance benefits. However, your Life Insurance coverage will end when you reach age 65 or you lose your eligibility for health benefits.

See "Participant Eligibility" in the *Health Care* section for more information about health plan eligibility requirements.

## Maintaining Coverage by Self-Pay

Generally, once you become eligible, your Life Insurance and AD&D coverage will continue under the Electrical Insurance Trustees Health & Welfare Plan as long as sufficient contributions to maintain your eligibility are received by the Fund Office on your behalf.

However, if your coverage would end because sufficient contributions have not been received to meet the contributed hours requirement, you may maintain your coverage by making self-pay contributions if you meet the requirements under the plan.

For more information about maintaining your coverage, refer to "Maintaining Coverage by Self-Pay" in the *Health Care* section.

## When Coverage Begins

Coverage begins on the first day of the month after you complete the plan's eligibility requirements. See "Participant Eligibility" in the *Health Care* section for details.

---

**Insufficient Contributed Hours**

It is solely *your* responsibility to know when your coverage will end because of insufficient contributed hours. Notice of loss of coverage is not an obligation of the Welfare Fund, its Trustees or the Fund Office.

---

**Life Insurance and AD&D**

## When Coverage Ends

Coverage ends when you fail to meet eligibility requirements or if the plan is discontinued. The following table summarizes situations in which coverage would normally end and end what happens to your coverage in each situation.

| Life Insurance and AD&D Coverage Ends… | However, Life Insurance and AD&D Coverage May Continue if… |
|---|---|
| *If you are laid off and are unemployed* | You are eligible to make self-pay contributions and are registered through the Referral Hall and available for work. |
| *If you work outside the jurisdiction of Local Union 134* | You work for a contributing employer outside Local Union 134 jurisdiction and you register on the Electronic Reciprocal Transfer System (ERTS) to have your contributions transferred to this plan. |
| *If the plan is discontinued* | No further coverage is available. |

It is solely your responsibility to know when your coverage will end due to insufficient contributed hours. Notice of loss of coverage from the Fund Office is not an obligation of the Welfare Fund, its Trustees or the Fund Office.

The Trustees will make every effort to notify you by mail if you lose coverage for any reason. The notice will be sent to the address on file at the Fund Office. Be sure to notify the Fund Office if you have a change of address.

## Designating a Beneficiary

You may designate anyone you want as your beneficiary by completing and returning the beneficiary designation form available from the Fund Office. Your beneficiary designation applies to both Basic Life Insurance and the AD&D accidental death benefit. You may change your beneficiary designation at any time by filing a new beneficiary designation form with the Fund Office. Completed beneficiary designation forms must be received by the Fund Office during your lifetime.

If there is no designated beneficiary still surviving at the time of your death, your death benefit is divided equally among the then living members of the first surviving class listed below:

- Your spouse
- Your children
- Your parents
- Your estate



## Other Benefits Payable on Death

In addition to the Life Insurance and AD&D benefits described in this section of the SPD, your surviving spouse or children may be eligible for a survivor benefit from Pension Plan No. 2 or to receive the balance of your ASB Plan and/or your account under Pension Plan No. 5.

To apply for your pension or ASB plan benefits, your designated beneficiary may call or write to the Fund Office for benefit forms. Then, he or she must file the application with the Fund Office, which will submit it to the Trustees. Your designated beneficiary may be asked to supply evidence of age and any other additional information (such as a death certificate) the Trustees consider necessary.

Depending on your age and other circumstances, your spouse may also be eligible to receive death benefits from Social Security.

## Filing a Claim

To collect the Life Insurance benefit, your designated beneficiary must advise the Fund Office of your death and obtain a claim form. The completed claim form must be filed with the Fund Office within 365 days of the date of your death. Your designated beneficiary must supply the Fund Office with information the Trustees require.

To receive AD&D benefits, you or your designated beneficiary need to complete the following steps:

- For a dismemberment benefit, you must contact the Fund Office to obtain a claim form. You must complete and return the claim form within 90 days of the date of the accident and provide other information, such as proof of loss, as requested.

- To receive the accidental death benefit under this coverage, your designated beneficiary must complete and return the claim form within 365 days of the date of your death. He or she must also provide other information as requested by the Trustees.

Refer to "Claims Approval and Denial" in the *Rules, Regulations and Administrative Information* section for more claims information.



# Life Insurance Benefits

If you die from any cause while you are an active employee or you are a retiree who retired under the early pension provision (as stated in the *Electrical Insurance Trustees Pension Plan No. 2 SPD*) and have not attained age 65 — and you are eligible for health benefits — the plan provides a Basic Life Insurance benefit.

The chart below summarizes the Life Insurance benefits offered under the plan. To fully understand how these benefits work, you should read the more detailed information that follows the chart.

| Life Insurance Benefits | |
|---|---|
| **When Coverage Begins** | On the first day of the month after you become eligible for health benefits under this plan |
| **When Benefits Are Payable** | If you die while you are an active employee or a retiree who retired under the early pension provision and have not attained age 65 —and you are eligible for health benefits under this plan |
| **What You Receive** | • Your designated beneficiary will receive $10,000.<br>• If you become totally and permanently disabled, your Life Insurance benefit can be converted to 114 monthly installments. (See the *Disability* section for more information.) |
| **How Long Benefits Last** | Your designated beneficiary will receive a one-time lump-sum benefit payment. |

## Receiving Benefits

Your Basic Life Insurance benefit is paid to your designated beneficiary as a single lump-sum payment.

However, please note that if you converted your Life Insurance benefit to monthly installments because of permanent and total disability, any installments you received will reduce the amount of your Life Insurance benefit, unless you recover and produce a statement of health satisfactory to the Trustees. (See "Permanent and Total Disability Benefits: Life Insurance Conversion" in the *Disability* section.)

## Conversion Privilege

If your Life Insurance coverage ends because you become totally and permanently disabled while you are an active employee covered under the Health & Welfare Plan, you may purchase an individual life insurance policy from an insurance carrier designated by the Trustees, currently Fort Dearborn Life Insurance Company, without giving any evidence of insurability. Contact the Fund Office in advance for an application form and premium and coverage information.

To use this conversion privilege, a written application and payment of the first premium must be made to and received by Fort Dearborn Life Insurance Company within 31 days after termination of coverage. The individual policy issued will be of the form used by the insurance company for conversion of group life insurance at the time conversion is made. The effective date will be the date following the date coverage ends under the plan.

## What's Not Covered

No exclusions apply under Basic Life Insurance coverage.

**Life Insurance and AD&D**

# Accidental Death & Dismemberment (AD&D) Benefits

If you die because of an accident while an active employee, the plan pays your designated beneficiary an accidental death benefit in addition to the Basic Life Insurance benefit. If you are injured in an accident and become dismembered, the plan pays a dismemberment benefit to you.

The chart below summarizes the AD&D benefits offered under the plan. To fully understand how these benefits work, you should read the more detailed information that follows the chart.

| AD&D Benefits | |
|---|---|
| **When Coverage Begins** | On the first day of the month after you become eligible for health benefits under this plan |
| **When Benefits Are Payable** | If, while you are eligible for this benefit, you die due to an accident or you are injured in an accident and become dismembered |
| **What You Receive** | • Your designated beneficiary will receive $5,000 in one lump-sum payment (in addition to your Basic Life Insurance benefit) if you die because of an accident.<br>• You will receive up to $5,000 in one lump-sum payment if you become dismembered in an accident. |
| **How Long Benefits Last** | Benefits are paid to you or your designated beneficiary in one lump-sum payment if you die or are dismembered as a result of an accident. |
| **Other Benefits** | Not applicable |

## Receiving Benefits

An accidental death benefit will be paid to your designated beneficiary if you die as a direct result of an accident and independent of all other causes within 365 days of the date of the accident. This accidental death benefit is in addition to any other life insurance (or death benefit) coverage you may have under a Local 134 benefit plan. However, the benefit is reduced by the amount of any accidental dismemberment benefits paid as a result of the same accident.

**Life Insurance and AD&D**

If, within 90 days of the date of an accident, you become dismembered due to that accident and you are an active employee, you may receive one of the following benefits:

| If a Covered Accident Results in… | The Benefit Amount Payable Is… |
|---|---|
| *Covered Loss* | |
| Loss of both hands, both feet, the sight in both eyes, one hand and one foot, one hand or foot and sight of one eye, or hearing in both ears and speech | $5,000 |
| Loss of one hand, one foot, the sight of one eye, loss of speech or hearing in both ears | $2,500 |
| Loss of a thumb and index finger on the same hand | $1,250 |
| *Paralysis* | |
| Quadriplegia (paralysis of both upper and both lower limbs) | $5,000 |
| Paraplegia (paralysis of both upper or both lower limbs) or hemiplegia (paralysis of the upper and lower limbs on the same side of the body) | $2,500 |
| Triplegia (hemiplegia with paralysis of a limb on the other side) | $3,750 |
| Uniplegia (the entire and irrecoverable paralysis of one limb) | $1,250 |

### Seat Belt and Air Bag Benefit

The plan will pay to your designated beneficiary an additional $5,000 if you die in a private passenger car accident, and your seat belt was in use at the time of the accident. The plan will pay a $500 air bag benefit, in addition to the full benefit amount, if the air bag deployed. Based on the police report, if it cannot be determined whether the seat belt was in use at the time of the accident, then the benefit will be reduced to $1,000, and the plan will pay an additional $250 if the air bag deployed.

## What's Not Covered

Your AD&D benefit is not paid if death or dismemberment results from:

- Bacterial infections (except pyogenic infections that occur with or through an accidental cut or wound),
- Ptomaines,
- Bodily or mental infirmity or any other kind of disease,
- Suicide or attempted suicide,
- An act of war,
- Participation in a riot,
- Commission of a felony, or
- An act of terrorism.

**Life Insurance and AD&D**



# Glossary

The definitions included in this glossary will help you understand your plan benefits.

### Active Employee

A person who meets the definition of employee, who is actively at work or available for work for a contributing employer, and who is not a retiree.

### Retiree

A person who meets the applicable eligibility requirements as stated in the *Electrical Insurance Trustees Pension Plan No. 2 SPD*.





# Rules, Regulations and Administrative Information

This section contains important administrative information about the benefits provided to you by the Electrical Insurance Trustees and described in this handbook. The information in this section applies to all of your benefits and includes details about your rights as provided under the Employee Retirement Income Security Act of 1974, as amended (ERISA). Although you may not need this information on a day-to-day basis, it is important for you to understand your rights and the procedures you need to follow should certain situations arise.

Your benefits are sponsored and administered by a joint labor-management Board of Trustees. The Fund Administrator assists the Board of Trustees in the administration of the Fund. The Fund Administrator and other personnel of the administration office are employees of the Fund Office.

**In This Section** | **See Page**

**Plan Documents** ............................................................................. 104
**Your Rights Under ERISA** ............................................................... 104
**Your HIPAA Rights** ......................................................................... 106
**Claims Review and Appeals Procedures** ...................................... 107
    Health Care ..................................................................................... 107
    Disability and Life Insurance/AD&D Benefits .............................. 108
**Non-Assignment of Benefits** .......................................................... 109
**Change or Termination of the Plan** ............................................... 110
**Other Plan Details** .......................................................................... 110



## Plan Documents

This Summary Plan Description (SPD, or handbook) serves as the official plan document for the Electrical Insurance Trustees (EIT) Health & Welfare Plan for Construction Workers, and supersedes and replaces any prior SPD and Summaries of Material Modification previously provided by EIT for the plans of benefits described in it. If you need more information, you may examine copies of the applicable collective bargaining agreement and other related documents at the Fund Office.

## Your Rights Under ERISA

As a participant in the EIT Health & Welfare Plan for Construction Workers, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Although ERISA does not require an employer to provide benefits, it does set standards on how a plan is run. It also requires that you be kept fully informed of your rights and benefits — the details of which are included in this handbook.

ERISA provides that all plan participants shall be entitled to the following rights:

### Receive Information about Your Plan and Benefits

- You may examine, free of charge, all documents governing the plan including insurance contracts, collective bargaining agreements and the latest annual report (Form 5500 Series). These documents are available at the plan administrator's office and at other specified locations. The annual report also is filed with the U.S. Department of Labor and is available at the Public Disclosure Room of the Employee Benefits Security Administration.

- You may obtain copies of all documents governing the operation of the plan, including updated Summary Plan Descriptions by writing to the plan administrator. The plan administrator may make a reasonable charge for the copies.

- You may also receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Continue Group Health Plan Coverage

- Under COBRA, you may continue health care coverage for yourself, your spouse or your dependents if there is a loss of coverage under the plan as a result of a qualifying event. However, you or your dependents may have to pay for such coverage. Review this SPD and the documents governing the plan for the rules governing your COBRA continuation coverage rights.

### Prudent Actions by Plan Fiduciaries

- In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for operating the plan. These people are called "fiduciaries" of the plan. They have a duty to act prudently and in the interest of you and other plan participants and beneficiaries.

**Rules, Regulations and Administrative Information**

- No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit to which you are otherwise entitled or from exercising your rights under ERISA.

## Enforcement of Your Rights

- If your claim for a benefit is denied, in whole or in part, the plan administrator must give you a written explanation of the reason for the denial, and you can obtain copies of documents relating to the decision, without charge. You also have the right to have the plan administrator review and reconsider your claim, all within certain defined time schedules.

- Under ERISA, there are steps you can take to ensure the above rights. For instance, if you request materials from the plan administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator.

- If your claim for benefits is denied or ignored, in whole or in part, you may file suit in a state or federal court. You may also file suit in a federal court if you disagree with a decision, or the lack of a decision, concerning the qualified status of a medical child support order. If plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

- The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose (for example, if the court finds your claim is frivolous), it may order you to pay these costs and fees.

## Assistance with Your Questions

- If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or contact the:

  Division of Technical Assistance and Inquiries
  Employee Benefits Security Administration
  U.S. Department of Labor
  200 Constitution Avenue N.W.
  Washington, D.C. 20210

- You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publication hotline of the Employee Benefits Security Administration.



## Your HIPAA Rights

According to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), if you lose coverage under the plan, you are entitled to a certificate that shows evidence of your prior medical coverage.

The claims administrator promptly provides this certificate:

- If you or your covered dependents lose coverage under the plan,

- If you or your dependents lose coverage under COBRA, or

- Whenever you submit a written request within 24 months after either of the above events occurs.

The certificate identifies:

- Who was covered under the plan,

- The period of coverage, and

- Any waiting periods.

This certificate is used to determine pre-existing condition exclusion periods in the future because, according to HIPAA, your period of coverage under this plan will offset the exclusion period of a new medical plan.

If you leave this plan and enroll in coverage under another medical plan, check with your new plan's administrator to find out whether:

- The plan has a pre-existing condition exclusion, and

- You need to provide a certificate or other documentation of your medical coverage through this plan.

Under HIPAA, if you have creditable coverage from another plan, you are entitled to receive a certificate of coverage that helps to reduce or eliminate exclusionary periods of coverage for pre-existing conditions under your new group health plan. You will be provided a certificate of creditable coverage, free of charge, from the EIT Health & Welfare Plan for Construction Workers or your health insurance insurer when:

- You lose coverage under the plan,

- You become entitled to elect COBRA continuation coverage, or

- Your COBRA continuation coverage ends.

You may also request a certificate of coverage before your coverage ends, or for up to 24 months after losing coverage.

Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after you enroll in your new coverage.

EIT will assist you in obtaining a certificate of creditable coverage from your previous insurer if one is needed and you do not have one.



# Claims Review and Appeals Procedures

In all circumstances relating to any claim or appeal for benefits under any plan, the plan administrator or claims administrator responsible for making a determination on the claim or appeal will have discretionary authority in making the determination, including but not limited to, interpreting and applying the terms and conditions of the plan, making any necessary factual determinations and determining eligibility under the plan. Benefits under the plan will be paid only when the Trustees, or persons delegated by them to make such decisions, decide in their sole discretion, that the participant or beneficiary is entitled to benefits under the terms of the plan.

## *Health Care*

The plan has a specific amount of time, by law, to evaluate and respond to claims for benefits covered by the Employee Retirement Income Security Act of 1974, as amended (ERISA). The period of time the plan has to evaluate and respond to a claim begins on the date the claim is first filed with the applicable claims administrators.

You may file claims for plan benefits, and appeal adverse claim decisions, either yourself or through an authorized representative. If your claim is denied in whole or in part, you will receive a written notice of the denial from BCBS. The notice will explain the reason for the denial and the review procedures.

An "authorized representative" means a person you authorize, in writing, to act on your behalf. The plan will also recognize a court order giving a person authority to submit claims on your behalf, except that in the case of a claim involving urgent care, a health care professional with knowledge of your condition may always act as your authorized representative.

If you have any questions regarding how to file or appeal a claim, contact the claims administrator. For more information on filing claims and claims administrator's addresses, please see "Filing a Claim" in each applicable benefit plan section and the *Contact Information* section.

## Appealing Denied Claims

If your claim is denied, in whole or in part, you may appeal the denial. You will receive a written notice explaining why and on which specific plan provisions the claim has been denied. The notice also will explain how to file an appeal. There are two levels of the appeals process, as described below. You must submit your first appeal to Blue Cross/Blue Shield (BCBS) within 180 days of the date of the BCBS non-favorable decision. If the BCBS appeal is not favorable, you may then request a second level of appeal with the Trustees within 180 days of the date of the BCBS non-favorable decision. You may choose to name an authorized representative to handle your appeal.

A first level appeal is decided by a BCBS review unit that did not conduct the initial review of your claim. The timelines for deciding appeals will differ based upon the type of claim you file.

A second level appeal is decided by the Board of Trustees after a full and fair review and is based upon the information submitted in the appeal and the terms of the plan. The timelines for deciding appeals will differ based upon the type of claim you file.



**Rules, Regulations and Administrative Information**

> **Note**
>
> An appeal of a concurrent care decision to reduce or terminate previously-approved benefits may be an urgent care, pre-service or post-service claim, depending on the facts.

If your appeal is:

- **An urgent care claim:** BCBS or CIGNA Behavioral Health will review your claim as applicable. The appeal will be decided as soon as possible, but no later than 72 hours after it is received (no extensions).

- **A non-urgent pre-service claim:** BCBS or CIGNA Behavioral Health will review your claim. The appeal will be decided within 30 days after it is received, or 15 days for each level of appeal, if two mandatory appeals are allowed (no extensions).

- **A non-urgent post-service claim:** The appeal must be decided within 60 days after it is received, or 30 days for each level of appeal, if two mandatory appeals are allowed (no extensions).

- **Any other claim under the plan:** The claim must be decided within 60 days after it is received (up to 60-day extension).

The Trustees' decision on a second level appeal is final. If either you or your authorized representative still believes a claim for benefits has been improperly denied, you or your authorized representative may contact the plan administrator. You have the right to receive without charge, upon written request, reasonable access to any documents relied on in making this determination. Furthermore, if you believe the Trustees have erred in determining your rights under the Plan's provisions, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Besides having the right to appeal, you or your authorized representative can examine any documents, records and other information relevant to your denied claim. You can also submit, in writing, reasons why you think the claim should not be denied.

If your claim for benefits is denied, you can file suit in a state or federal court. However, you may not initiate any action at law or in equity to recover under the plan until you have exhausted the appeal rights described above and the plan benefits requested in that appeal have been denied in whole or in part.

## Disability and Life Insurance/AD&D Benefits

### Filing a Claim

If your claim is approved, you will receive all applicable benefits as soon as the Fund Office receives and approves all necessary documentation.

If your claim is denied, you will receive a written explanation from the Fund Office within 90 days from the time the application was received by the Trustees (or within 180 days if the Trustees notify you that additional time is needed for processing the application). This written notice includes:

- Specific reasons for the denial,

- References to the plan provisions on which the denial is based,

- Descriptions of any additional information you may have to provide and why it's needed,

- Explanations of the plan's claim review procedure including the steps to take if you or your beneficiary wish to appeal the decision, and

- A statement of your right to bring a civil action lawsuit under ERISA section 502(a) following a denial of your claim or review.

**Rules, Regulations and Administrative Information**



## Appealing a Claim

You or an authorized representative may appeal any claim denial by filing a written request for a full and fair review by the Trustees. A request for a review must be filed within 180 days after you receive written notice of the denial. You may also review documents pertinent to the administration of the plan and submit written comments and issues outlining the basis of the appeal. You may have legal representation throughout the review procedure.

The review on appeal will take into account any information you submit, even if it was not submitted or considered as part of the initial determination. Upon request and free of charge, you will also be provided reasonable access to and copies of all documents, records, and information relevant to your claim.

The person filing the appeal may request a written answer, including specific reasons and references to pertinent plan provisions, within 60 days after the appeal is made (or within 120 days if special circumstances require additional time and the Trustees notify you that additional time is needed before the end of 60 days).

The Trustees will provide you written notification of the decision on an appeal, usually within 45 days of when it is received (within 90 days in special cases).

If your appeal is denied, the notification will:

- Include specific reasons for the denial,

- Refer to the specific plan provisions on which the determination is based,

- State that you are entitled to receive, upon request and free of charge, reasonable access to or copies of all documents, records, or other information relevant to the claim,

- Describe any voluntary appeal procedures offered by the plan and state your right to bring civil action under federal law,

- Disclose any internal rule, guideline, protocol, or similar criterion relied on in making the adverse determination (or state that information will be provided free of charge upon request), and

- If the denial on appeal is based on a medical necessity, experimental treatment or similar exclusion, explain the scientific or clinical judgment for the adverse determination (or state that an explanation will be provided free of charge upon request).

The Trustees' decision on an appeal is final. If you or your authorized representative still believe a claim for benefits has been improperly denied, you or your authorized representative may contact the plan administrator.

Besides having the right to appeal, you or your authorized representative can examine any plan documents related to your claim. You can also submit, in writing, reasons why you think the claim should not be denied. If your claim for benefits is denied or ignored, you can file a suit in state or federal court, once you have exhausted all appeals and administrative remedies available under the plan.

## Non-Assignment of Benefits

Generally, benefits from the plan belong to you. You may not sell, assign, transfer or garnish these benefits.



# Change or Termination of the Plan

Although the Electrical Insurance Trustees intend to continue the plan indefinitely, the Trustees have the authority and unconditionally reserve the right, in their sole and unrestricted discretion, to change, amend or end the plan at any time, or from time to time, for any reason.

Changes may be made retroactively, if necessary, to qualify or maintain the benefits under the Internal Revenue Code or the Employee Retirement Income Security Act of 1974, as amended (ERISA). If the plan is amended or ends, you may not receive benefits as described in this handbook. However, you may be entitled to receive different benefits, or benefits under different conditions or no additional benefits.

# Other Plan Details

This section contains other important information about the administration and funding of the benefit plans described in this handbook.

### Plan Name

The official name of the plan is the Electrical Insurance Trustees Health & Welfare Plan for Construction Workers. This SPD describes the health care benefits (medical, prescription drug, dental, orthodontic, vision and hearing) and the welfare benefits (sickness, disability, life, and accidental death and dismemberment insurance) provided under the plan.

### Plan Administrator and Sponsor

The plan administrator controls and manages the operation and administration of the plan. The administrator and sponsor of the plan is:

> Electrical Insurance Trustees
> 221 North LaSalle Street, Suite 200
> Chicago, IL 60601-1214
> 1-312-782-5442

### Employer Identification Number

The employer identification number is 36-1033970.

### Plan Number

The plan number is 501.

### Agent for Legal Process

The agent for service of legal process concerning the plan is:

> Sean P. Madix
> Fund Administrator
> 221 North LaSalle Street, Suite 200
> Chicago, Illinois 60601-1214

Service may also be made on the Board of Trustees or an individual Trustee at the addresses listed under "Trustees."

## Trustees

The Trustees who authorize the plan benefits have authority to:

- Resolve questions concerning the plan,
- Make rules to implement the plan,
- Construe the plan terms, and
- Determine when plan benefits will be paid.

As of January 1, 2008, the Trustees are as follows:

### *Employer Trustees*

William T. Divane, Jr.
Divane Bros. Electric Company
2424 North 25th Avenue
Franklin Park, Illinois 60131-3323
1-847-455-7143

Kevin M. O'Shea
Shamrock Electric Company Inc.
1281 East Brummel Avenue
Elk Grove Village, Illinois 60007
1-847-593-6070

I. Steven Diamond
Malko Electric
6200 Lincoln Avenue
Morton Grove, Illinois 60053-2851
1-847-967-9500

Kenneth Bauwens
Jamerson & Bauwens Electrical Contractors, Inc.
3055 MacArthur Blvd
Northbrook, Illinois 60002
1-847-291-2008

Michael R. Walsdorf
Advent Systems, Inc.
435 West Fullerton Avenue
Elmhurst, Illinois 60126-1404
1-630-279-7171



*Union Trustees*

Timothy Foley

Michael J. Caddigan

Lawrence J. Crawley

Samuel Evans

James T. North

600 West Washington Boulevard
Chicago, Illinois 60661-2490
1-312-454-1340

## Discretion of Trustees and Fund Administrator

The Trustees and the Fund Administrator have full discretion in determining any and all questions related to the plan, the fund or the operation of the plan. This discretion also applies to:

- Any claim for benefits,
- The construction of the language or meaning of the rules and regulations adopted by the Trustees,
- This SPD and any amendments thereto, and
- Any writing concerned with or provided in connection with the operation of the plan.

Benefits under the plan will be paid only when the Trustees, or persons delegated by them to make such decisions, decide in their sole discretion, that the participant or beneficiary is entitled to benefits under the terms of the plan. The good faith decision of the Trustees or the Fund Administrator is binding upon anyone dealing with the plan or claiming any benefit under the plan.

## Plan Funding

Coverage for you and your dependents under the plan is paid for by contributions from the participating employers. The amount of the contribution is established by the collective bargaining agreement. Assets are held in trust by the Trustees and disbursed by them.

## Plan Year

The plan year begins on July 1 and ends on the following June 30.

## For More Information

All questions and requests for information should be sent to the Trustees at the following address:

Attention: Fund Administrator
221 North LaSalle Street, Suite 200
Chicago, Illinois 60601-1214

You may also call 1-312-782-5442 for more information.



# Contact Information

This section shows you where to go for questions about your benefits. For claims filing information and addresses, see "Filing a Claim" in the applicable benefit plan sections.

**Claims Administrators**

| For… | Contact… | At… |
|------|----------|-----|
| *Medical, Hearing Aid and Vision* | | |
| Medical benefit PPO network provider information, benefit information (including information hearing aid benefits), forms and claim information | Blue Cross/Blue Shield of Illinois (BCBS) | 1-800-862-3386 www.bcbsil.com |
| The Medical Services Advisory (MSA) Program (the plan's utilization review organization) | Blue Cross/Blue Shield of Illinois (BCBS) | 1-800-635-1928* www.bcbsil.com |
| Hearing aid discounts | EPIC | 1-866-956-5400 |
| Vision services | Vision Service Plan (VSP) | 1-800-877-7195 www.vsp.com |
| *Behavioral Health and Substance Abuse* | | |
| Information on mental health and substance abuse benefits | CIGNA Behavioral Health | 1-888-218-7210 www.cignabehavioral.com |
| The Members Assistance Program (MAP) counseling and education information | MAP (CIGNA Behavioral Health) | 1-888-218-7210 |
| *Prescription Drug Information* | | |
| Prescription drug information, order forms and preaddressed envelopes for mail service | CVS/Caremark | 1-800-566-5693 www.caremark.com P.O. Box 94467 Palatine, Illinois 60094 |
| *Dental and Orthodontia* | | |
| Dental and orthodontia benefit information, forms and claim information | Blue Cross/Blue Shield of Illinois (BCBS) | 1-800-862-3386 www.bcbsil.com BlueCare® Freedom Dental PPO P.O. Box 23059 Belleville, Illinois 62223 |

**Contact Information**

| For… | Contact… | At… |
|------|----------|-----|
| **Disability Benefits** | | |
| Short-term and long-term disability benefit information, forms and claim information | EIT Fund Office | 1-312-782-5442 |
| **Life Insurance and AD&D Benefits** | | |
| Life insurance and AD&D benefit information, forms and claim information | EIT Fund Office | 1-312-782-5442 |

\*    Monday through Friday, 7:00 a.m. through 7:00 p.m. Central Time. Weekend and after-hours emergency calls are answered by an answering service.

## Fund Office

Electrical Insurance Trustees (EIT)
221 North La Salle Street, Suite 200
Chicago, Illinois 60601-1214
1-312-782-5442