Order #79     **EXHIBIT 2**     (2/24/05) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Hostings

v.

Acres et al

No. 09 L 66004

**ORDER** amended

This Matter coming to be heard on Plaintiffs' Petition to apportion Settlement Funds, EIT Benefit Funds (lienholder) served with Summons and failing to appear for hearing, Due Notice given and the Court being fully advised in the premises after a hearing has been conducted

It Is Hereby Ordered & Finds

1. That EIT Benefit Funds was properly served with Summons regarding Plaintiffs amended Petition to apportion Settlement Funds & have failed to appear to contest the Petition
2. The proposed settlement represents a compromised resolution to contested liability and its amount reflects a reduction in the full worth of Plaintiffs' claim.
3. It would be unjust & inequitable for EIT to not share proportionately in such a compromise
4. The court rejects Plaintiffs' suggestion of a 75% reduction in EIT's lien amount & finds a 50% reduction more just & equitable after reviewing the exhibits and evidence submitted by Plaintiff.

(Continued to page 2)

Atty. No.: 80407

Name: Michael J. Marovich

Atty. for: π

Address: 10759 W. 159th St. Ste 201

City/State/Zip: Orland Park / IL / 60467

Telephone: 708 403-5050

ENTERED:

Dated: _____

Judge Cam__ E. Will__
OCT 18 2011

Judge     Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 3

Order #29 (2/24/05) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Hastings

v.

Acres et al

No. 09 L 66004

### ORDER

5. That the Settlement amount of $125,000 is apportioned as follows:
   a. $43,414.81 to Hiskes, Dillner, O'Donnell, & Marovich & Lapp Ltd, said amount being found to be fair & reasonable
   b. $22,583.16 to EIT Benefit Funds (Electric Insurance Trustee Health & Welfare Fund), said amount being found to be fair & reasonable.
   c. $59,002.03 to Michael Hastings, said amount being found to be fair & reasonable.
6. That EIT Benefit Fund contributed Nothing towards the final resolution of this Matter or the creation of any Settlement Fund & refused to intervene in this Matter when requested to do so by Plaintiff or appear after being served by summons with this Petition.

(continued to page 3)

Atty. No.: 80407

Name: Michael J. Marovich

Atty. for: ∏

Address: 10759 W. 159th St., Ste. 201

City/State/Zip: Orland Park / IL / 60467

Telephone: 708 403-5050

ENTERED:

Dated:

Judge Camille E. [illegible]
OCT 18 2011
Circuit Court [illegible]

Judge      Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 2 of 3

Order #29 (2/24/05) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Hastings

v.

Acres etal

No. 09 L 66004

## ORDER

7. EIT's apportionment represents full & final resolution of any right or claim of reimbursement from the settlement of this action or any lien asserted and releases Plaintiff from any further obligation to repay the full amount of any claim or lien asserted by EIT in regards to these settlement proceeds & the tendering of said apportioned amounts to EIT by Plaintiff shall preclude EIT from honoring, evaluating, processing or refusing to pay any future medical bills or claims of Plaintiff due to the alleged failure of plaintiff to reimburse EIT its full $45,166.32 lien from the settlement proceeds in this matter or until such time that any such future medical claims of Plaintiff amount to the difference between EIT's full lien amount claimed ($45,166.32) and the amount ordered by this Court ($22,583.16) as the apportioned amount for satisfaction of EIT's claimed lien amount & is hereinafter barred from attempting to do so.

Atty. No.: 80407

Name: Michael J. Marovich

Atty. for: π

Address: 10759 W 159th St. Ste 201

City/State/Zip: Orland Park / IL / 60467

Telephone: 708 403-5050

ENTERED:

Dated: Judge Ce___ E. W___
OCT 18 2011
Circuit Co___

Judge                    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

page 3 of 3