

# Hiskes Dillner & O'Donnell Marovich Lapp LTD.
## ATTORNEYS AT LAW

**EXHIBIT 3**

John A. Hiskes
J. David Dillner
John O'Donnell
Michael J. Marovich

Timothy C. Lapp
Scott D. Dillner
Angelo J. Vitiritti

John C. Voorn*

Of Counsel

Chris J. Heaney

*Also Admitted in Indiana & Florida

November 17, 2011

Mr. Sean P. Madix
EIT Benefit Funds
221 N. LaSalle St.
Ste. 200
Chicago, IL 60601-1214

RECEIVED NOV 18 2011 ELECTRICAL INSURANCE TRUSTEES

Re:   My Client:           Michael Hastings
      Your Insured:         Michael Hastings
      Date of Accident:     02/07/08

Dear Mr. Madix,

Pursuant to your November 1, 2011 letter to Mr. Hastings and the Court's October 18, 2011 order, please find EIT's check for $22,583.16 which represents final and full payment of any lien rights EIT may have on the settlement proceeds in this matter.  Please note that per the October 18, 2011 order, and the Amended order dated November 8, 2011, this payment completely extinguishes any right EIT had or has to any alleged money due from Mr. Hastings in order to satisfy EIT's lien on these settlement funds.  Be advised that if EIT violates these court orders by withholding future payments of medical claims or refuses to honor or process future medical claims of Mr. Hastings, they will do so in direct contempt of these Court orders.  If EIT does so, we will bring contempt proceedings seeking sanctions against both EIT and yourself since it now would appear you are the person who put into writing EIT's intention to violate these orders.  Please send to me a release of lien in this case for my file.

Very truly yours,

HISKES, DILLNER, O'DONNELL,
MAROVICH & LAPP, LTD.

MICHAEL J. MAROVICH
MJM/llj
c.c. Jennifer L. Schroeder

**ORLAND PARK OFFICE** 10759 West 159th Street · Suite 201 · Orland Park, IL 60467 · **PHONE** 708/403-5050 · Fax 708/403-9667 · E-mail law@hdoml.com

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**PEKIN INSURANCE CLAIM DRAFT**
PEKIN, ILLINOIS 61558

F 2620147

70-232 / 711

DATE 10/28/11

PAY ***22Thousand*5Hundred*83Dollars*and*16/100***************  $****22,583.16

Void if not presented for payment within 90 days

EIT BENEFIT FUND

INSURED    FRESH CUT LAWN MAINTENANCE INC
CLAIM NO.  0V95321    DATE OF LOSS  02/07/08

PAYABLE THROUGH THE HERGET NATIONAL BANK OF PEKIN, ILLINOIS

⑈2620147⑈ ⑉071102322⑉  00⬝00019⬝